**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**RPA MARKETING, INC., AND**
**ROGER W. PRALL**                                                            **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO. 3:08-CV-417-HTW-LRA**

**LONGBRANCH PARTNERS, LLC,**
**LONGBRANCH FOODS, LLC,**
**JEFF FUDGE AND CCDA WATERS, LLC**                                 **DEFENDANTS**

---

**JUDGMENT OF DISMISSAL WITH PREJUDICE**
**OF CLAIMS AGAINST LONGBRANCH PARTNERS, LLC,**
**LONGBRANCH FOODS, LLC AND JEFF FUDGE**

---

THIS DAY this cause came on to be heard on the *Ore Tenus* Motion of the Plaintiffs and the

Defendants Longbranch Partners, LLC. Longbranch Foods, LLC and Jeff Fudge for the entry of a

final judgment dismissing the case, the Complaint and Counterclaims of these parties, if any, filed

herein, and all amendments thereto, if any, and all claims and causes of action of these parties that

were or that could have been but were not asserted with prejudice, and with these parties to bear their

own costs of court, and the Court, having heard and considered the Motion, being advised that all

claims and controversies existing between the Plaintiff and the Defendants Longbranch Partners,

LLC. Longbranch Foods, LLC and Jeff Fudge have been finally settled, and being otherwise fully

advised in the premises, find that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs' Complaint and

Amended Complaint against  Defendants Longbranch Partners, LLC. Longbranch Foods, LLC and

Jeff Fudge and the Counterclaims, if any, of the Defendants Longbranch Partners, LLC. Longbranch

Foods, LLC and Jeff Fudge against the Plaintiffs, and all claims and causes of action of and between

Plaintiffs and the Defendants Longbranch Partners, LLC. Longbranch Foods, LLC and Jeff Fudge

that were or that could have been but were not asserted herein, be and the same are hereby dismissed

with prejudice and with these parties to bear their own costs of court.

     SO ORDERED AND ADJUDGED, this the 26th day of February, 2010.

                               s/ HENRY T. WINGATE
                               CHIEF JUDGE
                               UNITED STATES DISTRICT COURT

APPROVED AND AGREED:


/s/ Eduardo A. Flechas
ATTORNEY FOR PLAINTIFFS


/s/ James A. Bobo
ATTORNEY FOR DEFENDANTS
LONGBRANCH PARTNERS, LLC,
LONGBRANCH FOODS, LLC AND JEFF FUDGE


**CIVIL ACTION NO. 3:08-CV-417-HTW-LRA**
**JUDGMENT OF DISMISSAL WITH PREJUDICE**
      **OF CLAIMS AGAINST LONGBRANCH PARTNERS, LLC,**
      **LONGBRANCH FOODS, LLC AND JEFF FUDGE**